FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 24 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association; EL COMITE PARA EL BIENESTAR DE EARLIMART, an unincorporated association; COMMUNITY & CHILDREN'S ADVOCATES AGAINST PESTICIDE POISONING, an unincorporated association,<br><br>             Petitioners,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LISA JACKSON in her official capacity as Administrator of the US EPA LAURA YOSHII, in her official capacity as Regional Administrator of Region IX of the U.S. EPA,<br><br>             Respondents. | No.   09-71383<br>EPA No.  EPA-R09-OAR-2008-0677<br>no origin<br><br>**ORDER** |
| NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>             Petitioner,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | No.   09-71404<br>EPA No.  EPA-R09-OAR-2008-0677<br>no origin<br><br>**ORDER** |

Respondent.

The Opening Brief submitted on 08/21/2009 is filed.

Within five (5) working days of the filing of this order, Petitioner is ordered to file ten (10) copies of the brief in paper format, with a Blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the CM/ECF button.

                                                             FOR THE COURT:

                                                             Molly C. Dwyer
                                                             Clerk of Court

                                                             By: Gretchen Lois Sumera
                                                            Deputy Clerk